# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:24-CV-01764-PGB-RMN

Plaintiff: **VICTOR ARIZA**
vs.
Defendant: **GOFRUIT, INC., d/b/a GOFRUIT JUICE BAR, a Florida for-profit corporation**

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by CIVIL PROCESS, LLC on the 5th day of November, 2024 at 2:30 pm to be served on **Gofruit, Inc., D/B/A Gofruit Juice Bar, A Florida For-Profit Corporation, c/o Registered Agent Tax Care Miramar, 158 Pines Blvd, Suite 331, Pembroke Pines, FL 33027**.

I, Francisco Colon, do hereby affirm that on the **6th day of November, 2024** at **4:15 pm, I:**

**SERVED the within named CORPORATION,** by delivering a **SUMMONS IN A CIVIL ACTION, COMPLAINT, COMPOSITE EXHIBIT A, AND PRESERVATION LETTER** with the date and hour of service endorsed thereon by me to **Michelle Perez** as **Employee of the Registered Agent at 15800 Pines Blvd, Suite 331, Pembroke Pines, FL 33027 in compliance with Florida Statutes**

**Additional Information pertaining to this Service:**
11/6/2024  4:15 pm  Attempted service at 158 Pines Blvd, Suite 331, Pembroke Pines, FL 33027. The address on Summons is invalid, it doesn't exist. Correct address is 15800 Pines Blvd, Suite 331, Pembroke Pines, FL 33027. Service on Michelle Perez as Employee of the Registered Agent.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 145, Hair: Dark Brown, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true. I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years. I am a Certified Process Server in good standing in the circuit in which service was effected in accordance with Sate Statutes.

_[signature]_
**Francisco Colon**
S.P.S. #593

**CIVIL PROCESS, LLC
7350 N.W. 77th Street
Medley, FL 33166
(305) 375-9111**

Our Job Serial Number: CPP-2024002973
Ref: Case 6:24-cv-01764-PGB-RMN Ariza v. GoFr

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a