**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VICTOR ARIZA,**

        **Plaintiff,**

v.                                        **Case No: 6:24-cv-1764-PGB-RMN**

**GOFRUIT, INC.,**

        **Defendant.**

### CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **GOFRUIT, INC.** in Orlando, Florida on the 11th day of December 2024.

                                                    ELIZABETH M. WARREN, CLERK

                                                    s/LDJ, Deputy Clerk

Copies furnished to:

Counsel of Record