**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VICTOR ARIZA,**

**Plaintiff,**

**v.** **Case No: 6:24-cv-01764-PGB-RMN**

**GOFRUIT, INC.,**

**Defendant.**

______________________________/

**ORDER**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed January 31, 2025. (Doc. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant GoFruit, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 3, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties